## No. 5503.

### HONORIA A. WOOD VS. PIERE CASSE.

In a suit upon a verbal contract to build a tomb, where the intention of the parties does not explicitly appear, a rule for the interpretation of the contract is furnished by the manner in which both have executed it, or by the manner in which one has executed it with the express or implied assent of the other.

APPEAL from the Sixth District Court of New Orleans.   SAUCIER, J.

*B. Egan* for Plaintiff Appellant.   *J. L. Tissot* for Defendant.

DE BLANC, J., delivered the opinion affirming the judgment.